IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
NOV - 8 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. |
| v. | ) | In Violation of |
| | ) | 18 U.S.C. § 2113(a) |
| JOHN F. ROBINSON, III | ) | |

INDICTMENT CR 06 127T

COUNT I

The Grand Jury charges:

On or about September 29, 2006, in the District of Rhode Island, the Defendant, JOHN F. ROBINSON, III, by intimidation, took from the person and presence of another money, namely approximately $2,549.00 (two thousand, five hundred, and forty-nine dollars), belonging to and in the care, custody, control, management, and possession of Bank of America, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

All in violation of 18 U.S.C. § 2113(a).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
United States Attorney

James H. Leavey
JAMES H. LEAVEY
Assistant U.S. Attorney

Luis M. Matos
LUIS M. MATOS
Assistant U.S. Attorney
Chief, Criminal Division

DATE: 11-8-06