UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-127T |
| | ) | |
| JOHN F. ROBINSON, III | ) | |

NOTICE OF DEFENDANT'S INTENTION TO PLEAD GUILTY

Now comes John F. Robinson, III, the Defendant in the above captioned matter, by and through his counsel, and pursuant to Rule 11 of the Federal rules of Criminal Procedure, notifies the Court of his intention to plead guilty to the instant indictment. Mr. Robinson requests the Court to schedule a change of plea hearing at the earliest convenience.

Respectfully submitted
John F. Robinson, III
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
mary_mcelroy@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to James H. Leavey, Assistant United States Attorney, on December 14, 2006.

/s/ Mary S. McElroy