# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. CR06-127T*** ✓

***To:*** ***Warden***
***ACI***
***Cranston, RI 02920***

JAN 04 2007

YOU ARE HEREBY COMMANDED, to have the **body** of **John Robinson, III**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ernest C. Torres**, Senior District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:30 o'clock a.m.**, on the **10th** day of **January, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that ... and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Ernest C. Torres**

United States Senior District Judge at Providence, RI
Dated: January 3, 2007.

David A. DiMarzio, Clerk

Change of Plea Hearing

***By*** ______________
***Ryan Jackson - Deputy Clerk***