IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
) CR. No. 06-127T
vs. )
)
)
JOHN F. ROBINSON, III

**NOTICE OF APPEARANCE**

I hereby enter my appearance as substitute counsel for Plaintiff, United States of America, in the above matter. Assistant United States Attorney James H. Leavey, who was previously assigned this matter, has left our office.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U. S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
zechariah.chafee@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2007, I caused the within Notice of Appearance to be filed electronically and is available for viewing and downloading from the ECF system.

Notification by first class mail, postage prepaid:

Mary S. McElroy, Esq.
Federal Public Defender's Office
10 Weybosset Street
Suite 300
Providence, RI 02903

/s/ ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U. S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
zechariah.chafee@usdoj.gov