IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 06-127T |
| vs. | ) | |
| | ) | |
| JOHN F. ROBINSON, III | ) | |

**AMENDED NOTICE OF APPEARANCE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and files this Amended Notice of Appearance in the case entitled, United States v. John F. Robinson, III, CR06-127T, in that Assistant United States Attorney James H. Leavey is being withdrawn from this case.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 16th day of February, 2007, I caused the within Amended Notice of Withdrawal of Appearance to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Mary S. McElroy, Esq.
Federal Public Defender’s Office
10 Weybosset Street
Suite 300
Providence, RI 02903

/S/ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Zechariah.chafee@usdoj.gov