UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | 06-127-01T |
| | ) | |
| JOHN ROBINSON | ) | |

---

MOTION FOR SENTENCE CONSIDERATION

Now comes John Robinson, the Defendant in the above captioned matter, and moves this Honorable Court, pursuant to Local Rule of Criminal Procedure 32 (2006), to consider and impose a sentence that is sufficient, but not greater than necessary, to comply with the mandates of 18 U.S.C. § 3553(a). Mr. Robinson respectfully suggests that the Court should conclude that the advisory guideline calculations call for a sentence longer than what is necessary to comply with 18 U.S.C. § 3553(a). Mr. Robinson proposes a sentence of 120 months to serve with a period of supervised release to follow. Such a sentence would serve the goals of sentencing in this case.

Respectfully Submitted
John Robinson,
By and through his counsel

/s/ Mary S. McElroy, 4830
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
mary_mcelroy@fd.org

**CERTIFICATION**

I hereby certify that a copy of this motion was delivered by ECF to Zechariah Chafee, Assistant United States Attorney and Kristin Mattias, USPO on April 6, 2007.

/s/ Mary S. McElroy