IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
) CR. No. 06-127T
vs. )
)
)
JOHN F. ROBINSON, III )

**GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTION TO THE PRE-SENTENCE REPORT**

The issue of whether defendant's 1992 conviction for breaking and entering a building with intent to commit a crime is a crime of violence under the sentencing guidelines is governed by U.S. v. Robert S. Rodriguez, 311 F.3d 435 (1st Cir. 2002). In that case the defendant had committed a burglary of a building that was not a dwelling just as did defendant Robinson in the instant case. The court said that breaking and entering a structure other than a dwelling created a serious potential risk of serious injury to another and was therefore a

crime of violence under USSG § 4B1.2(a). The court reaffirmed United States v. Fiore, 983 F.2d 1,2 (1st Cir. 1992).

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U. S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2007, I caused the within Notice of Appearance to be filed electronically and is available for viewing and downloading from the ECF system.

Notification by first class mail, postage prepaid:

Mary S. McElroy, Esq.
Federal Public Defender's Office
10 Weybosset Street
Suite 300
Providence, RI 02903

/s/ ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U. S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
zechariah.chafee@usdoj.gov