**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA,

v. Cr. No. 06-127T

JOHN ROBINSON,

**ORDER DENYING MOTION TO SEAL**

Defendant's motion to seal the defendant's sentencing memorandum is denied; see LR Gen 102(a)(3).

IT IS SO ORDERED:

Ernest C. Torres
United States District Judge
Date: April 10, 2007