# UNITED STATES DISTRICT COURT
*for the*
***District of Rhode Island***

***Case No. CR06-127T***

***To:*** ***Warden***
***ACI***
***Cranston, RI 02920***

JAN 3 1 2007

YOU ARE HEREBY COMMANDED, to have the **body** of **John Robinson, III**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ernest C. Torres**, Senior District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:15 o'clock a.m.**, on the **11th** day of **April, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

JM# 05814-070

I hereby certify and return that ...

Deputy U.S. Marshal

WITNESS the Honorable **Ernest C. Torres**

United States Senior District Judge at Providence, RI
Dated: January 11, 2007.

Return unexecuted, court appearance cancelled.

David A. DiMarzio, Clerk

Sentencing

Deputy U.S. Marshal

*By* ***Lucia Cristina Leyva - Deputy Clerk***